UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:14CR0369 RWS/TCM |
| | ) |
| SHAMERIS L. JEFFERSON, | ) |
| | ) |
| Defendant. | ) |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY ORDERED** that Defendant's Motion for Disclosure of Informant is **DENIED**. [Doc. 83]

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Statements be **DENIED**. [Doc. 85]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

The trial of this matter is set on **May 4, 2015**, at **9:00 a.m.** before the Honorable Rodney W. Sippel, United States District Judge.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  30th  day of March, 2015.